Entered
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARTHUR TORLUCCI,
Petitioner,
vs.
M.S. EVANS, Warden,
Respondent.

Case No. CV 08-5646-GHK (RNB)

**JUDGMENT**

In accordance with the Order Re Summary Dismissal of Action,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

DATED: 9/21/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE